Donna Marie CONNER,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–5106.

United States Court of Appeals,
Federal Circuit.

May 13, 2010.

Donna Marie Conner, Manchester, NH, pro se.

Russell J. Upton, Department of Justice, Washington, DC, for Defendant–Appellee.

ON MOTION

*ORDER*

Upon consideration of Donna Marie Conner's motion for leave to proceed in forma pauperis and motion to reinstate her appeal,

IT IS ORDERED THAT:

The motions are granted. The mandate is recalled, the court's April 26, 2010 dismissal order is vacated, and the petition is reinstated. The United States should calculate its brief due date from the date of filing of this order.

ESTERHILL BOAT SERVICE
CORPORATION, Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–5074.

United States Court of Appeals,
Federal Circuit.

Sept. 24, 2010.

Sam Z. Gdanski, Gdanski & Gdanski LLP, Suffern, NY, for Plaintiff–Appellant.

Kent C. Kiffner, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).